DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SAMISHIA ASKEW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0203

_____

June 26, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Jason T. Forman of Law Offices of Jason T. Forman, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee; James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.